The People ex rel. The Board of Supervisors of Chenango County, Appellant, *v.* The Board of State Assessors et al., Respondents.

(Argued April 21, 1887 ; decided May 10, 1887.)

*James W. Glover* for appellant.

*Isaac S. Newton* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

Moses May, Appellant, *v.* Joseph M. Ohmeis et al., Respondents.

(Argued April 21, 1887; decided May 10, 1887.)

*Ira Leo Bamberger* for appellant.

*Benj. M. Stilwell* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.